DYLAN MATHIAS ENGEL,

      Plaintiff,

    v.                          Case No. 21-C-1321

TWITTER, et al.,

      Defendants.

## ORDER

    Plaintiff Dylan Engel filed this action against Twitter and others for their maintenance of an online profile, @DylanEngel91, on November 16, 2021. On November 19, 2021, Magistrate Judge Stephen C. Dries screened the complaint and filed a Report and Recommendation. In that Report and Recommendation, the Magistrate Judge recommends that the complaint be dismissed as frivolous. Plaintiff has not filed an objection to this recommendation. After careful consideration of the Report and Recommendation as well as the record as a whole, the Court adopts the Report and Recommendation of the Magistrate Judge and orders the case dismissed. The Clerk is directed to enter judgment forthwith.

    **SO ORDERED** at Green Bay, Wisconsin this 7th day of December, 2021.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge